1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Acting Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

**IT IS SO ORDERED**
**Judge Fern M. Smith**

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,              )   No. C 04-3474 FMS
                                          )
15                Plaintiff,              )   STIPULATION AND [▬▬▬▬▬]
                                          )   ORDER RE CONTINUANCE OF CASE
16        v.                              )   MANAGEMENT CONFERENCE
                                          )
17 1. $166,720.36 SEIZED FROM BANK OF     )
      AMERICA ACCOUNT NO. 01419-          )
18    10702, AND                          )
                                          )
19 2. $146,059.27 SEIZED FROM BANK OF     )
      AMERICA ACCOUNT NO. 00145-          )
20    08665,                              )
                                          )
21                Defendants.             )
   _____)
22
                            STIPULATION
23
       Plaintiff, United States of America, and Claimant Mohammed Shaihk, through
24
   undersigned counsel, hereby apply to the Court for a continuance of the case management
25
   conference currently scheduled for Thursday, June 16, 2005. Counsel for claimant will be out of
26
   town on this date and counsel for plaintiff has not yet fully reviewed documents provided by
27
   claimant supporting his claim. Accordingly, the parties request that this matter be continued
28
   until July 7, 2005, or as soon thereafter as the Court may hear this matter.

Counsel for the government represents that the contents of this stipulation have been discussed with Joseph Mockus, counsel for Mohammed Shaihk, and he has authorized government counsel to sign this agreement for him on behalf of his client.

Dated: 6/8/05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*/s/ Stephanie M. Hinds*

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 6/8/05

*/s/ Philip A. Schnayerson (for)*

PHILIP A. SCHNAYERSON
JOSEPH E. MOCKUS
Attorneys for Mohammad Shaikh

### [PROPOSED] ORDER

IT IS SO ORDERED. The case management conference currently scheduled for June 16, 2005 is vacated. The matter is hereby continued until July 14 _____, 2005, for further status.

Dated: June 8, 2005

_____
FERN M. SMITH
United States District Judge