```
 1
 2
 3
 4
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10  ORDER OF THE CHIEF JUDGE         No    C 03-5777 FMS
                                           C 04-0297 FMS
11  RE: REASSIGNMENT OF CASES              C 04-0672 FMS
    PENDING BEFORE                         C 04-1291 FMS
12                                         C 04-1907 FMS
    THE HONORABLE FERN M SMITH             C 04-2269 FMS
13  _____/      C 04-2780 FMS
                                           C 04-3474 FMS
14                                         C 04-3699 FMS
                                           C 04-3715 FMS
15                                         C 04-3781 FMS
                                           C 04-3927 FMS
16                                         C 04-4041 FMS
                                           C 04-4448 FMS
17                                         C 04-4854 FMS
                                           C 04-4941 FMS
18                                         C 04-5187 FMS
                                           C 04-5307 FMS
19                                         C 04-5413 FMS
                                           C 04-5511 FMS
20                                         C 05-0157 FMS
                                           C 05-0223 FMS
21                                         C 05-0293 FMS
                                           C 05-0533 FMS
22                                         C 05-0623 FMS
```

Because the Honorable Fern M Smith, to whom the above cases were assigned, will retire effective June 30, 2005, these cases are re-assigned as follows:

On or before July 29, 2005, the parties may select one or more of the following magistrate judges to conduct any and all proceedings, including trial and entry of judgment pursuant to 28 USC § 636(c)(1):

1   Honorable James Larson, Chief Magistrate Judge
2   Honorable Edward M Chen, Magistrate Judge
3   Honorable Maria-Elena James, Magistrate Judge
4   Honorable Elizabeth D Laporte, Magistrate Judge
5   Honorable Joseph C Spero, Magistrate Judge
6   Honorable Bernard Zimmerman, Magistrate Judge

8   Upon filing with the court a selection and consent form signed by all parties (or one for each party), the case will be re-assigned to one of the magistrate judges chosen by the parties. A magistrate judge selection and consent form is attached for the parties' convenience.

In the event the parties fail timely to consent to a magistrate judge, the clerk is directed to re-assign the case to a Unites States district judge selected at random from the active and senior judges of the court.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12    **Plaintiff,**                No C _____ FMS
      v
13                                  **SELECTION OF AND CONSENT
                                    TO PROCEED BEFORE A
14                                  MAGISTRATE JUDGE**
      **Defendant.**
15    _____/
16

17        In accordance with the provisions of 28 USC § 636(c), all parties to this
18   action hereby consent to have Magistrate Judge(s) _____, or
19   _____, or _____ conduct any and all
20   further proceedings in the case, including trial, and order the entry of a final
21   judgment. Appeal from the judgment shall be taken directly to the United States
22   Court of Appeals for the Ninth Circuit.
23
24
25   Dated: _____   _____
                                              **Signature**
26
                                              **Counsel for** _____
27                                            (*name of party, indicate plaintiff or defendant*)
28

Dated: _____    _____
                                  **Signature**

                                  **Counsel for** _____
                                  *(name of party, indicate plaintiff or defendant)*

Dated: _____    _____
                                  **Signature**

                                  **Counsel for** _____
                                  *(name of party, indicate plaintiff or defendant)*

Dated: _____    _____
                                  **Signature**

                                  **Counsel for** _____
                                  *(name of party, indicate plaintiff or defendant)*

**United States District Court**
For the Northern District of California