KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: 415 436-6748
   e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 04-3474 JL |
|         Plaintiff, | |
|     v. | **SETTLEMENT STIPULATION AND [PROPOSED] FINAL ORDER OF FORFEITURE** |
| 1. $166,720.36 SEIZED FROM BANK OF AMERICA ACCOUNT NO. 01419-10702, AND | |
| 2. $146,059.27 SEIZED FROM BANK OF AMERICA ACCOUNT NO. 00145-08665 | |
|         Defendants. | |

**SETTLEMENT STIPULATION &
[PROPOSED] ORDER RE FORFEITURE
C 04-3474 JL**

*1*

## SETTLEMENT STIPULATION

In full and final settlement of all claims and disputes related to the captioned forfeiture action, plaintiff United States of America, and claimant Mohammed Shaikh, hereby stipulate and agree as follows:

1. On or about July 16, 2003, law enforcement agents seized the defendant funds pursuant to Title 18, United States Code, Section 981.

2. Sufficient evidence exists for the seizure and forfeiture of the defendant funds because said funds represents funds involved in an unlicensed money remitter business, in violation of Title 18, United States Code, Section 1960.

3. Mohammed Shaikh consents to the forfeiture of his interest in $30,000 of the defendant funds, pursuant to Title 18, United States Code, Section 981(a)(1)(A), without further notice to him.

4. $282,779.63, which represents the balance of the defendant funds, shall be returned to Claimant Mohammed Shaikh, in a check made payable to him and his attorney, Joseph E. Mockus, Esq., and sent to Mr. Mockus at Garcia & Schnayerson, 225 W. Winton Ave., Suite 208, Hayward, CA 94544, for distribution to the appropriate customers of Shaikh's unlicensed money remitter business affected by the seizure of these funds who have not yet been compensated.

5. All right, title and interest in the $30,000 shall be condemned and vested in the United States.

6. Claimant Mohammed Shaikh shall hold harmless the United States of America, the Bureau of Immigration and Customs Enforcement and all agents, officers and employees thereof, including any and all state and local law enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant funds.

7. Each party shall bear its own attorneys fees and costs related to this litigation.

Dated: 10/07/05  /S/
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 10/05/05  /S/
JOSEPH E. MOCKUS
Attorney for Claimant Mohammad Shaikh

Dated: 10/05/05  /S/
MOHAMMAD SHAIKH
Claimant

SETTLEMENT STIPULATION &
[PROPOSED] ORDER RE FORFEITURE
C 04-3474 JL

**[PROPOSED] FINAL ORDER OF FORFEITURE**

1. Mohammed Shaikh is the sole claimant to the defendant funds seized on July 26, 2003.

2. Sufficient evidence exists for the seizure and forfeiture of the defendant funds, pursuant to Title 18, United States Code, Section 1960, because said funds represent funds involved in an unlicensed money remitter business, in violation of Title 18, United States Code, Section 1960.

3. All right, title and interest in Mohammed Shaikh's interest in $30,000 of the defendant funds is hereby forfeited to the United States.

4. The balance of the defendant funds, $282,779.63, shall be returned to Claimant Mohammed Shaikh, in a check made payable to him and his attorney, Joseph E. Mockus, Esq., and sent to Mr. Mockus at Garcia & Schnayerson, 225 W. Winton Ave., Suite 208, Hayward, CA 94544, for distribution to the appropriate customers of Shaikh's unlicensed money remitter business affected by the seizure of these funds who have not yet been compensated.

5. The appropriate federal agency shall dispose of the forfeited funds according to law.

6. Each party shall bear its own attorneys fees and costs related to this litigation.

Dated: October 11, 2005



JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

SETTLEMENT STIPULATION &
[PROPOSED] ORDER RE FORFEITURE
C 04-3474 JL

*3*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the foregoing **SETTLEMENT STIPULATION AND [PROPOSED] FINAL ORDER OF FORFEITURE** to be served this date by U.S. mail delivery upon the persons below at the place and address which is the last known address:

Joseph E. Mockus, Esq.
Garcia & Schnayerson
225 W. Winton Ave., Suite 208
Hayward, CA 94544

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __7th__ day of October , 2005 at San Francisco, California.

           /S/
           CAROLYN JUSAY
           Legal Assistant/AFU

**SETTLEMENT STIPULATION &**
**[PROPOSED] ORDER RE FORFEITURE**
**C 04-3474 JL**

*4*